Cavanagh, J.
(dissenting). I do not join the majority opinion because, in my view, the Court of Appeals did not err by concluding that the applicable language of Blue Cross Blue Shield of Michigan’s (BCBSM) certificate at issue in this case does not exclude coverage from BCBSM. Specifically, I do not believe that the Court of Appeals majority erred by reasoning that Harris legally had to pay his medical expenses at the time he received *474 care and services and, thus, is not precluded from recovering medical expenses from BCBSM. Harris v Auto Club Ins Ass’n, unpublished opinion per curiam of the Court of Appeals, issued December 27, 2011 (Docket No. 300256), pp 3-4. Accordingly, I would affirm the judgment of the Court of Appeals.